No. 695. GREEN ET AL. *v.* COUNTY SCHOOL BOARD OF NEW KENT COUNTY ET AL. C. A. 4th Cir. (Certiorari granted, 389 U. S. 1003);

No. 740. MONROE ET AL. *v.* BOARD OF COMMISSIONERS OF THE CITY OF JACKSON ET AL. C. A. 6th Cir. (Certiorari granted, 389 U. S. 1033); and

No. 805. RANEY ET AL. *v.* BOARD OF EDUCATION OF THE GOULD SCHOOL DISTRICT ET AL. C. A. 8th Cir. (Certiorari granted, 389 U. S. 1034.) Request of the Solicitor General to participate in oral argument in these cases, as *amicus curiae,* granted and a total of 30 minutes allotted for that purpose. Counsel for respondents allotted a total of 30 additional minutes to argue on behalf of all respondents. Motion of American Jewish Congress for leave to file a brief, as *amicus curiae,* in No. 695 granted. *Joseph B. Robison* on the motion.

No. 995, Misc. IN RE DISBARMENT OF ELLIS. It having been reported to the Court that John Flather Ellis, of Washington, District of Columbia, has been disbarred from the practice of law by order of the United States Court of Appeals for the District of Columbia Circuit, duly entered on the first day of November 1967, and this Court by order of December 4, 1967, having suspended the said John Flather Ellis from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent, and that the time within which to file a return to the rule has expired;

IT IS ORDERED that the said John Flather Ellis be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.